# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| THOMAS MAGDA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO. 6:22-cv-02200-CEM-DCI |
| | ) |
| HYATT CORPORATION, a | ) |
| Delaware limited liability | ) |
| company, d/b/a HYATT | ) |
| REGENCY ORLANDO, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## DEFENDANT'S DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 3.03

Defendant, HYATT CORPORATION, a Delaware limited liability company, d/b/a HYATT REGENCY ORLANDO ("Defendant"), by and through its undersigned counsel, hereby discloses the following pursuant to this Court's Order dated November 29, 2022 [Doc. 5].

1. If the filer is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene, identify any parent corporation and any publicly held corporation owning 10% or more of its stock or state there is no such corporation:

**Hyatt Hotels of Florida, Inc., the proper entity, as well as Hyatt Corporation, the improperly sued entity, are subsidiaries of Hyatt Hotels Corporation, which is a publicly held company that owns 10% or more of the stock of Hyatt Corporation.**

2.     If this is an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), name and identify the citizenship of every individual or entity whose citizenship is attributed to the filing party or intervenor:

**Not applicable**.

3.     Identify each person—including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity—that has or might have an interest in the outcome:

- a. **Hyatt Hotels of Florida, Inc. d/b/a Hyatt Regency Orlando, proper entity, and Hyatt Corporation d/b/a Hyatt Regency Orlando, improper entity – Defendant**
- b. **Hyatt Hotels Corporation – Parent corporation of Hyatt Corporation**
- c. **Amanda A. Simpson – counsel for Defendant**
- d. **Nikolas S. Dean – counsel for Defendant**
- e. **Jackson Lewis P.C. – counsel for Defendant**
- f. **Thomas Magda – Plaintiff**
- g. **J. Kemp Brinson - counsel for Plaintiff**
- h. **Bloodworth Law, PLLC - counsel for Plaintiff**

4.     Identify each entity with publicly traded shares or debt potentially affected by the outcome:

- a. **Hyatt Hotels Corporation – Parent corporation of Hyatt Corporation**

5. Identify each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditors' committee:

**Not applicable.**

6. Identify each person arguably eligible for restitution:

**None not already identified in response to Item No. 1.**

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case and will immediately notify the Court in writing on learning of any such conflict.

DATED this 21st day of December, 2022.

    Respectfully submitted,

    JACKSON LEWIS P.C.
    390 North Orange Avenue, Suite 1285
    Orlando, Florida 32801
    Telephone: (407) 246-8440
    Facsimile: (407) 246-8441


By:   */s/ Amanda A. Simpson*
      Amanda A. Simpson
      Florida Bar No. 0072817
      amanda.simpson@jacksonlewis.com

      Nikolas S. Dean
      Florida Bar No.
      Nikolas.dean@jacksonlewis.com

    Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 21st day of December, 2022 the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to J. Kemp Brinson, Esquire, Bloodworth Law, PLLC, 801 N. Magnolia Ave., Suite 216, Orlando, FL 32803.

> */s/ Amanda A. Simpson*
> Amanda A. Simpson

4887-1517-0370, v. 1