## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

| | |
|---|---|
| **THOMAS MAGDA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **vs.** ) | **CASE NO. 6:22-cv-02200-CEM-DCI** |
| ) | |
| **HYATT CORPORATION, a** ) | |
| **Delaware limited liability** ) | |
| **company, d/b/a HYATT** ) | |
| **REGENCY ORLANDO,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

### DEFENDANT HYATT CORPORATION d/b/a HYATT REGENCY ORLANDO'S[1] NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(c), I certify that the instant action:

\_\_X\_\_\_ IS          related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

### EEOC Charge of Discrimination, Charge No. 510-2022-02555

\_\_\_\_ IS NOT          related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

---

[1] Plaintiff, THOMAS MAGDA, has sued the improper entity.  The proper entity is **Hyatt Hotels of Florida, Inc. d/b/a Hyatt Regency Orlando**.  While we are answering on behalf of the improperly sued entity, this Notice of Pendency of Other Actions should not be construed as admitting or otherwise accepting Hyatt Corporation as the proper entity for this suit.

DATED this 21st day of December, 2022.

Respectfully submitted,

JACKSON LEWIS P.C.
390 North Orange Avenue, Suite 1285
Orlando, Florida 32801
Telephone:   (407) 246-8440
Facsimile:    (407) 246-8441

By:    /s/ Amanda A. Simpson
       Amanda A. Simpson
       Florida Bar No. 0072817
       amanda.simpson@jacksonlewis.com

       Nikolas S. Dean
       Florida Bar No.  1025362
       Nikolas.dean@jacksonlewis.com

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of December, 2022 the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to J. Kemp Brinson, Esquire, Bloodworth Law, PLLC, 801 N. Magnolia Ave., Suite 216, Orlando, FL  32803.

/s/ Amanda A. Simpson
Amanda A. Simpson

4884-3054-7522, v. 1