# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| THOMAS MAGDA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CASE NO. 6:22-cv-02200-CEM-DCI |
| HYATT CORPORATION, a Delaware limited liability company, d/b/a HYATT REGENCY ORLANDO, | ) ) ) ) ) ) |
| Defendant. | ) ) ) |

## DEFENDANT'S NOTICE OF DESIGNATION OF LEAD COUNSEL

Pursuant to the Court's Notice to Counsel of Local Rule 2.02(a), Defendant designates Amanda A. Simpson of Jackson Lewis P.C. as lead counsel in the above styled action.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

DATED this 22nd day of December, 2022.

Respectfully submitted,

JACKSON LEWIS P.C.
390 North Orange Avenue, Suite 1285
Orlando, Florida 32801
Telephone:  (407) 246-8440
Facsimile:   (407) 246-8441


By:     */s/ Amanda A. Simpson*
          Amanda A. Simpson
          Florida Bar No. 0072817
          amanda.simpson@jacksonlewis.com

          Nikolas S. Dean
          Florida Bar No. 1025362
          nikolas.dean@jacksonlewis.com

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of December, 2022, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to:  J. Kemp Brinson, Esquire, Bloodworth Law, PLLC, 801 N. Magnolia Ave., Suite 216, Orlando, Fl 32803.


*/s/ Amanda A. Simpson*
Amanda A. Simpson

4886-6276-5638, v. 1