UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**Thomas Magda**,
    Plaintiff,

v.

**Hyatt Corporation,**
    Defendant.

Case No: 6:22-cv-2200-CEM-DCI

## NOTICE OF CHANGE OF ADDRESS AND DESIGNATION OF SERVICE EMAIL ADDRESSES

Attorney J. Kemp Brinson hereby gives notice of a change in his address, firm affiliation, and contact information for all purposes.

All documents to be served on J. Kemp Brinson shall be directed to:

J. Kemp Brinson
REED MAWHINNEY & LINK
53 Lake Morton Dr. Suite 100
Lakeland, FL 33801
Primary: kemp@polklawyer.com
Secondary: jkbservice@polklawyer.com
Phone: 863-687-1771

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 9, 2023, the forgoing was furnished via electronic mail delivery and filed with the Clerk of Court by using the ECF system, which will send a Notice of Electronic Filing to all ECF participants.

*/s/ J. Kemp Brinson*
J. Kemp Brinson
Florida Bar No. 752541
REED MAWHINNEY & LINK
53 Lake Morton Dr. Suite 100
Lakeland, FL 33801
Phone: 863-687-1771
Primary: kemp@polklawyer.com
Secondary: jkbservice@polklawyer.com
*Attorney for Plaintiff*